MARY WHEELER, Appellant, *v.* MARY G. NORTHRUP, Individually and as Executrix of JAY NORTHRUP, Deceased, et al., Respondents.

*Wheeler* v. *Northrup*, 123 App. Div. 913, affirmed.
(Argued February 11, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at an Equity Term in an action to set aside a certain deed, lease and contract.

*Helen Z. M. Rodgers* and *Adelbert Moot* for appellant.

*W. H. Ticknor* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.  Not voting : HAIGHT, J.

---

CHRISTOPHER A. HOLMES, an Infant, by GEORGE H. HOLMES, His Guardian ad Litem, Appellant, *v.* THE DELAWARE AND HUDSON COMPANY, Respondent.

*Holmes* v. *Delaware & Hudson Co.*, 133 App. Div. 935, affirmed.
(Argued February 21, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 3, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Erskine C. Rogers* for appellant.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.